THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO ONOROTO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cv-01040 |
| | ) | |
| FIRSTSOURCE ADVANTAGE, LLC, | ) | Hon. Robert W. Gettleman |
| | ) | |
| DEFENDANT. | ) | Magistrate Judge M. David Weisman |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: May 29, 2018**

Counsel for Plaintiff

s/*Celetha Chatman*
Celetha Chatman
Michael Wood
Community Lawyers Group Ltd.
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

Counsel for Defendant

*s/ Matthew D. Kelly*
Matthew D. Kelly
*Segal McCambridge Singer, & Mahoney Ltd.*
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
Tel: (312) 654-7800
mkelly@smsm.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on May 29, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: May 29, 2018**                                                                                          Respectfully submitted,

                                                                                                                    By:    /s/ *Celetha Chatman*