# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ricardo Onoroto

                        Plaintiff,

v.                                             Case No.: 1:18−cv−01040
                                                 Honorable Robert W. Gettleman

Firstsource Advantage, LLC

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 30, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice and on the merits, with each side to bear its own fees and costs. Status hearing set for 5/31/2018 is stricken. Civil case terminated. Mailed notice (cn)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.